UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities And Exchange Commission, | |
|       Plaintiff, | |
|     - against - | No.1:15-cv-07175-KAM-RML |
| Martin Shkreli, Evan Greebel, MSMB Capital Management LLC, MSMB Healthcare Management LLC, | |
|       Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Jonathan S. Sack, of Morvillo Abramowitz Grand Iason & Anello P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appear on behalf of defendant Evan Greebel and request that all papers in the above-captioned action be served upon me at the e-mail address stated below.

I certify that I am admitted to practice before this Court.

Dated:  February 2, 2016
   New York, New York

         MORVILLO ABRAMOWITZ GRAND
          IASON & ANELLO P.C.

           /s/ Jonathan S. Sack
           Jonathan S. Sack

         565 Fifth Avenue
         New York, New York 10017
         (212) 856-9600 (Phone)
         (212) 856-9494 (Fax)
         Email: jsack@maglaw.com

         *Attorney for Defendant Evan Greebel*