UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br> -against-<br><br>MARTIN SHKRELI,<br>EVAN GREEBEL,<br>MSMB CAPITAL MANAGEMENT LLC, and<br>MSMB HEALTHCARE MANAGEMENT LLC,<br><br>        Defendants. | Case No. 15-cv-07175 (KAM) |

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

    PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan S. Sack, Jonathan S. Sack of Morvillo, Abramowitz, Grand, Iason, & Anello, P.C. hereby respectfully requests permission to withdraw his appearance in the above-captioned case on behalf of Defendant Evan Greebel, pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4.  Mr. Greebel has engaged new counsel, who have entered appearances in the case, and he has consented to the withdrawal.  No delay in the progress of this case should result from a withdrawal.  The case is not currently scheduled on the Court's calendar. The government's motion to stay this case has been fully briefed and is *sub judice.*  The Court has determined that Defendants need not answer the Complaint until two weeks after the Court issues a decision addressing the government's motion to stay.  Thus, no delay should result from this withdrawal.  We are not asserting a retaining or charging lien in this case.

Dated:  March 11, 2016
    New York, New York

2

                                                             Respectfully Submitted,

                                                             MORVILLO, ABRAMOWITZ,
                                                             GRAND, IASON, & ANELLO, P.C.

By:   */s/ Jonathan S. Sack*
            Jonathan S. Sack
            Morvillo, Abramowitz,
            Grand, Iason, & Anello, P.C.
            565 Fifth Avenue
            New York, New York 10017
            Telephone: (212) 856-9600
            Fax: (212) 856-9494
            Email: jsack@maglaw.com