UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

-against-

MARTIN SHKRELI,
EVAN GREEBEL,
MSMB CAPITAL MANAGEMENT LLC, and
MSMB HEALTHCARE MANAGEMENT LLC,

     Defendants.

---

Case No. 15-cv-07175 (KAM)

### DECLARATION OF JONATHAN S. SACK
### IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

Jonathan S. Sack, an attorney at law duly admitted to practice in the State of New York, hereby declares under penalty of perjury as follows:

1. I am a member of the Bar of this Court and a principal of the law firm Morvillo, Abramowitz, Grand, Iason & Anello, P.C., counsel for Defendant Evan Greebel in the above-captioned case. I make this declaration in support of the accompanying Motion for Withdrawal of Appearance (the "Motion").

2. Mr. Greebel has now engaged new counsel, Reed Brodsky, Joel Cohen, and Lisa Rubin of Gibson, Dunn & Crutcher LLP, who have entered appearances in the case. (ECF Nos. 16-18). Mr. Greebel consents to the withdrawal of Morvillo, Abramowitz, Grand, Iason & Anello, P.C. and me from this case.

3. As of the making of this Declaration, the case is not currently scheduled on the Court's calendar. The government's motion to stay this case has been fully briefed and is *sub judice*. The Court has determined that Defendants need not answer the Complaint until two

weeks after the Court issues a decision addressing the government's motion to stay. Thus, no delay should result from this withdrawal.

4.      Morvillo, Abramowitz, Grand, Iason & Anello, P.C. is not asserting a retaining or charging lien in this matter.

5.      In view of the foregoing and the accompanying Motion, I respectfully request permission to withdraw all appearances by Morvillo, Abramowitz, Grand, Iason & Anello, P.C. and attorneys associated with the firm, in the above-captioned case.


Dated:  March 11, 2016
        New York, New York

                                                                    _____
                                                                    JONATHAN S. SACK