# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

April 7, 2021

**BY ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: SEC v. Martin Shkreli, Civil No. 15-cv 7175 (KAM)

Dear Judge Matsumoto:

On April 3, 2021, the SEC submitted a reply brief (Dkt. 50) in support of its motion for a permanent officer and director bar and civil monetary penalties. (Dkt. 48). We write to respectfully request leave to file a sur-reply in the form of a short letter not to exceed 3 pages. If the Court grants our request, we propose submitting the sur-reply three business days from the day the Court grants leave to file.

We have communicated with the SEC regarding this request, and the SEC takes no position.

We thank the Court for its consideration and courtesy in this and all other matters.

Respectfully submitted,

Andrea Zellan, Esq.

cc: Paul Gizzi, Counsel to the SEC (via email)
Eric Schmidt, Counsel to the SEC (via email)