UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>MARTIN SHKRELI, EVAN GREEBEL, MSMB CAPITAL MANAGEMENT LLC, and MSMB HEALTHCARE MANAGEMENT LLC,<br><br>                              Defendants. | 15-cv-07175<br><br>SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR ISSUANCE OF:<br>WRIT OF CONTINUING GARNISHMENT<br>28 U.S.C. § 3205 |

Judgment Creditor, the Securities and Exchange Commission ("Commission or SEC"), applies for a Court order issuing a continuing writ of garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, to secure payment on a civil penalty entered in the above captioned case. The Commission also seeks the issuance of a clerk's notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the SEC as an attachment to this application.

On February 23, 2022, the Court entered Judgment against Defendant Martin Shkreli ("Defendant") and ordered Defendant to pay a penalty of $1,392,000 ("Penalty"). The Commission seeks a writ to collect the Penalty. A civil money penalty is a "debt" within the definition of the Federal Debt Collection Procedure Act ("FDCPA") 28 U.S.C. §3001 *et seq*. The FDCPA provides the civil procedure for the collection of a debt owing to the United States or its agencies such as the SEC. Accordingly, the SEC seeks a writ of continuing garnishment pursuant to 28 U.S.C. § 3205 to enforce the penalty portion of the judgment.

Defendant's social security number is x0437 and Defendant's last known address is in Long Island City, New York.

Counsel for Defendant is: Andrea Zellan, Esq., Brafman & Associates, P.C., 256 Fifth Avenue, 2nd Floor, New York, NY 10001.

As of July 28, 2025, Defendant owes penalties of $1,392,000 plus post-judgment interest. More than 30 days prior to this Application, the SEC demanded payment from Defendant.

The garnishee, listed below, is believed to owe or will owe money or property to the Defendant, or is in possession, custody or control of property in which Defendant has a substantial non-exempt interest. By and through this writ of garnishment, the SEC seeks to take the funds or property from the Defendant to secure payments toward the penalty judgment. 28 U.S.C. § 3205.

The name and address of each Garnishee is:

DL Software d/b/a Godel Terminal, 11 E. 44th Street, New York, NY 10017
Counsel: Derek Springer, Derek@horizonslaw.io

Dated: July 29, 2025
New York, New York

Respectfully submitted,

s/*Maureen Peyton King*
MAUREEN PEYTON KING
Senior Trial Counsel
Attorney for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Room 20-100
New York, NY 10004
kingmp@sec.gov
Telephone: 212.336.0111