UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

v.

MARTIN SHKRELI, EVAN GREEBEL, MSMB CAPITAL MANAGEMENT LLC, and MSMB HEALTHCARE MANAGEMENT LLC,

                      Defendants.

15-cv-07175

SECURITIES AND EXCHANGE COMMISSION'S ORDER ISSUING A WRIT OF CONTINUING GARNISHMENT
28 U.S.C. § 3205

---

The Court, having considered the application of Plaintiff Securities and Exchange Commission ("Commission or SEC") for an order directing the Clerk of the Court to issue a writ of continuing garnishment and a clerk's notice of continuing garnishment against judgment debtor Martin Shkreli ("Defendant"), for nonexempt funds, assets, and/or property in the possession, custody or control of DL Software d/b/a Godel Terminal ("Garnishee"), and it appearing that the issuance of an order is proper under the circumstances of this case, IT IS ORDERED that:

(1) The Clerk shall issue a writ of continuing garnishment with respect to the Garnishee; and

(2) The Clerk shall issue a clerk's notice of continuing garnishment to Defendant by signing the forms filed by the U.S. Securities and Exchange Commission.

Dated: July 29, 2025
New York, New York

                                            _____
                                            United States District Judge