UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>MARTIN SHKRELI, EVAN GREEBEL, MSMB CAPITAL MANAGEMENT LLC, and MSMB HEALTHCARE MANAGEMENT LLC,<br><br>      Defendants. | No. 1:15-cv-07175 (KAM) (JRC) |

## NOTICE OF APPEARANCE OF WILLIAM MCGOVERN

PLEASE TAKE NOTICE that William McGovern of McGovern Weems LLC, with offices located at 3 Columbus Circle, 15th Floor, New York, NY 10019 hereby appears on behalf of garnishee DL Software D/B/A/ Godel Terminal in the above-captioned matter.

I hereby certify that I am admitted to practice in this court and request that copies of all papers be served on my e-mail address stated below.

Dated: August 6, 2025

Respectfully submitted,

/s/ *[signature]*

William McGovern (NY Bar No. 2611580)
MCGOVERN WEEMS LLC
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel.: (612) 550-6895
bill@mcgovernweems.com

*Attorney for DL Software D/B/A/ Godel Terminal*