**CLERK OF U.S. DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS

```
NIXIE        061   52  18CU      0208/11/25
             RETURN TO SENDER
             NO SUCH NUMBER
             UNABLE TO FORWARD

BC: 11201183299       0060N223160-02325
```

Eric M. Schmidt
Securities and Exchange Commission
200 Vesey Street
Suite 400
New York, NY 10281

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 18 2025  ★

BROOKLYN OFFICE



**CLERK OF U.S. DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS



```
NIXIE        061   52 18CU      0208/11/25

            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD

BC: 11201183299        0060N223160-02325
```

Eric M. Schmidt
Securities and Exchange Commission
200 Vesey Street
Suite 400
New York, NY 10281

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 18 2025   ★

BROOKLYN OFFICE

